UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BARDUKH KESHISHYAN, | No. 09-70394 |
| Petitioner, | Agency No. A075-655-542 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | ORDER |
| Respondent. | |

Before:      THOMAS, SILVERMAN, and CLIFTON, Circuit Judges.

On July 21, 2011, the Board of Immigration Appeals reopened and terminated proceedings in this case. Consequently, there is no final order of removal currently in effect and this court lacks jurisdiction over the petition for review. *See* 8 U.S.C. § 1252(a)(1); *cf. Alcala v. Holder*, 563 F.3d 1009 (9th Cir. 2009).

**PETITION FOR REVIEW DISMISSED.**